# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ALEXANDER PARRENO (2) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:   23-cr-1661-JO<br><br>George M. Chalos<br>Defendant's Attorney |

**USM Number**   74105-510

☐ –

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   2 of the Information.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 33 USC 1908(a) and<br>33 CFR 151.55 | FAILURE TO MAINTAIN AN ACCURATE GARBAGE RECORD BOOK | 2 |

    The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is dismissed on the motion of the United States.

☒ Assessment: $100.00.
    Assessment is imposed.

☐ JVTA* Assessment: $ _____

    *Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ See fine page   ☐ Forfeiture pursuant to order filed _____, included herein.

    IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 13, 2023
Date of Imposition of Sentence

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | ALEXANDER PARRENO (2) | Judgment - Page **2** of **3** |
| CASE NUMBER: | 23-cr-1661-JO | |

## UNSUPERVISED PROBATION

The defendant is sentence to unsupervised probation for a term of:
1 YEAR.

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

//
//
//

23-cr-1661-JO

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | ALEXANDER PARRENO (2) | Judgment - Page **3** of **3** |
| CASE NUMBER: | 23-cr-1661-JO | |

## FINE

The defendant shall pay a fine in the amount of   $2,000.00   unto the United States of America.

Payment of the fine shall be made payable to "Clerk, United States District Court" and shall be paid within 30 days of the sentencing hearing.

//
//
//